1  Marsha L. Morrow (SBN 71903)
   Michelle A. Trudelle (SBN 221323)
2  COLLIAU ELENIUS MURPHY
   CARLUCCIO KEENER & MORROW
3  405 Howard Street, Suite 600
   San Francisco, CA 94105
4  Telephone: (415) 932-7000
   Facsimile: (415) 932-7001
5  marsha.morrow@cna.com, michelle.trudelle@cna.com

6  Attorneys for Defendant
   CNA CASUALTY OF CALIFORNIA
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  DISTRICT OF OAKLAND

11

12 PROVINCE OF THE HOLY NAME, INC.,        No. C 06-04127 SBA

13         Plaintiff,                      Honorable Saundra B. Armstrong

14     v.                                  [~~PROPOSED~~] ORDER RE:
                                           STIPULATION SUBSTITUTING PARTY
15 CNA CASUALTY OF CALIFORNIA, et al.,

16         Defendants.

17 Upon reading and considering the parties' STIPULATION SUBSTITUTING PARTY, filed

18 concurrently with this proposed order:

19     IT IS HEREBY ORDERED THAT:

20 Continental Casualty Company successor by merger to CNA Casualty of California is substituted

21 as a party to this action in place of CNA Casualty of California.

22

23

24 Dated: 5/9/07                           _____

25                                         U.S. District Court Judge

26

27

28

---

[PROPOSED] ORDER RE: STIPULATION SUBSTITUTING PARTY: CASE NO. C 06-04127 SBA
1