1   MORGAN, LEWIS & BOCKIUS LLP
    DAVID E. WEISS, State Bar No. 148147
2   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
3   Tel:  415.442.1000
    Fax:  415.442.1001
4   E-mail:  dweiss@morganlewis.com

5   Attorneys for Plaintiff
    PROVINCE OF THE HOLY NAME, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  PROVINCE OF THE HOLY NAME,           Case No. 4:06-cv-04127-SBA
    INC.,
13                                        **REQUEST FOR DISMISSAL OF ACTION**
                    Plaintiff,            **WITHOUT PREJUDICE PURSUANT TO**
14                                        **RULE 41(A)**
            vs.
15
    CNA CASUALTY OF CALIFORNIA, et
16  al.,

17                  Defendants.

18

19          Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Province of the Holy Name,

20  Inc. hereby request that the entire action be dismissed **without prejudice**, with all parties to bear

21  their own costs and fees.

22          All remaining parties to this action consent to this dismissal without prejudice as indicated

23  by their signatures below.

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7563137.1

REQUEST FOR DISMISSAL PURSUANT
TO RULE 41(A) (4:06-CV-04127-
SBA)

1    Dated: June 21, 2007                    MORGAN, LEWIS & BOCKIUS LLP
2                                            DAVID E. WEISS
3
4                                            By _____
5                                               David E. Weiss
                                                Attorneys for Plaintiff
6                                               PROVINCE OF THE HOLY NAME, INC.
7
8
     Dated: June ___, 2007                   SELZER CAPLAN MCMAHON & VITEC
9
10
11                                           By _____
12                                              Attorneys for Defendant
                                                PACIFIC INDEMNITY COMPANY
13
14   Dated: June ___, 2007                   CRAIG & WINKELMAN
15
16
                                             By _____
17
18                                              Attorneys for Defendant
                                                EMPLOYERS REINSURANCE
19                                              CORPORATION
20   Dated: June ___, 2007                   GRIPPO & ELDEN LLC
21
22
                                             By _____
23
24                                              Attorneys for Defendant
                                                CONTINENTAL CASUALTY
25                                              COMPANY, SUCCESSOR BY MERGER
                                                TO CAN CASUALTY OF CALIFORNIA
26
27
28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

1-SF/7563137.1                    2        REQUEST FOR DISMISSAL PURSUANT
                                           TO RULE 41(A) ((4:06-CV-04127-SBA)

Dated: June ___, 2007

MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS

By _____
   David E. Weiss
   Attorneys for Plaintiff
   PROVINCE OF THE HOLY NAME, INC.

Dated: June 14, 2007

SELZER CAPLAN MCMAHON & VITEC

By _____
   Monty A. McIntyre
   Attorneys for Defendant
   PACIFIC INDEMNITY COMPANY

Dated: June ___, 2007

CRAIG & WINKELMAN

By _____

   Attorneys for Defendant
   EMPLOYERS REINSURANCE
   CORPORATION

Dated: June ___, 2007

GRIPPO & ELDEN LLC

By _____

   Attorneys for Defendant
   CONTINENTAL CASUALTY
   COMPANY, SUCCESSOR BY MERGER
   TO CAN CASUALTY OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7563137.1

2

REQUEST FOR DISMISSAL PURSUANT
TO RULE 41(A) ((4:06-CV-04127-SBA)

1   Dated: June ___, 2007                    MORGAN, LEWIS & BOCKIUS LLP
2                                            DAVID E. WEISS
3
4                                            By _____
5                                               David E. Weiss
                                                Attorneys for Plaintiff
6                                               PROVINCE OF THE HOLY NAME, INC.
7
8
9   Dated: June ___, 2007                    SELZER CAPLAN MCMAHON & VITEC
10
11                                           By _____
12                                              Attorneys for Defendant
13                                              PACIFIC INDEMNITY COMPANY
14  Dated: June 20, 2007                     CRAIG & WINKELMAN
15
16
17                                           By _____
18                                              Attorneys for Defendant
                                                EMPLOYERS REINSURANCE
19                                              CORPORATION
20  Dated: June ___, 2007                    GRIPPO & ELDEN LLC
21
22
23                                           By _____
24                                              Attorneys for Defendant
                                                CONTINENTAL CASUALTY
25                                              COMPANY, SUCCESSOR BY MERGER
                                                TO CAN CASUALTY OF CALIFORNIA
26
27
28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO        1-SF/7563137.1              2          REQUEST FOR DISMISSAL PURSUANT
                                                             TO RULE 41(A) ((4:06-CV-04127-SBA)

Dated: June ___, 2007

MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS

By _____
    David E. Weiss
    Attorneys for Plaintiff
    PROVINCE OF THE HOLY NAME, INC.

Dated: June ___, 2007

SELZER CAPLAN MCMAHON & VITEC

By _____

    Attorneys for Defendant
    PACIFIC INDEMNITY COMPANY

Dated: June ___, 2007

CRAIG & WINKELMAN

By _____

    Attorneys for Defendant
    EMPLOYERS REINSURANCE
    CORPORATION

Dated: June 18, 2007

GRIPPO & ELDEN LLC

By _____

    Attorneys for Defendant
    CONTINENTAL CASUALTY
    COMPANY, SUCCESSOR BY MERGER
    TO CNA CASUALTY OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7563137.1

2

REQUEST FOR DISMISSAL PURSUANT
TO RULE 41(A) ((4:06-CV-04127-SBA)

1  IT IS SO ORDERED.

2  Dated: June ___25___, 2007

3

4                                          _Saundra B Armstrong_____
                                           _____
5                                          Saundra Brown Armstrong
                                           UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7563137.1                              3              REQUEST FOR DISMISSAL PURSUANT
                                                           TO RULE 41(A) ((4:06-CV-04127-SBA)